IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EVELYN QUINN, :

    Plaintiff, :

                              Case No. 3:09cv00138

vs. :    District Judge Walter Herbert Rice
                             : Magistrate Judge Sharon L. Ovington

UNITED REHABILITATION
SERVICES, *et al.*, :

    Defendants. :

---

**DECISION AND ENTRY ADOPTING IN FULL THE REPORT AND RECOMMENDATIONS FILED ON APRIL 9, 2009 (Doc. #3); DISMISSING PLAINTIFFS' CLAIMS AGAINST DENNIS GRANT, JOANNE CRAWFORD, AND THE OHIO CIVIL RIGHTS COMMISSION UNDER 28 U.S.C. §1915(e)(2)(B); DECLINING TO DISMISS PLAINTIFF'S TITLE VII CLAIM(S) AGAINST UNITED REHABILITATION SERVICES; AND REQUIRING THE CLERK OF COURT TO EFFECT SERVICE OF SUMMONS AND COMPLAINT ON UNITED REHABILITATION SERVICES AS DIRECTED BY PLAINTIFF**

---

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations.

It is therefore **ORDERED** that:

1.    The Report and Recommendations filed on April 9, 2009 (Doc. #3) is **ADOPTED** in full;

2. Plaintiff's claims against Dennis Grant, Joanne Crawson, and the Ohio Civil Rights Commissioner are DISMISSED under 28 U.S.C. §1915(e)(2)(B);

3. Plaintiff's Title VII claim(s) against United Rehabilitation Services, Inc. are not dismissed under 28 U.S.C. §1915(e)(2)(B);

4. The Clerk of Court shall effect service of summons and the Complaint upon United Rehabilitation Services as directed by Plaintiff. All costs of service shall be advanced by the United States;

5. Plaintiff must serve United Rehabilitation Services, or its attorney of record, with a copy of every document she submits for consideration by the Court. Plaintiff must include a certificate of service attached to the original document she submits to the Clerk of Court. The certificate of service shall state: (a) the date the original document was served upon Defendant, and (b) that Plaintiff has mailed to Defendant, or its attorney of record, a true and correct copy of any document she seeks to file with the Clerk of Court. The Court will disregard any document sent by Plaintiff to the District Judge or Magistrate Judge that Plaintiff has not filed with the Clerk of Court or that does not include a certificate of service; and

6. Plaintiff is further **ORDERED** to inform the Clerk of Court promptly of any changes of address which she has during the pendency of this lawsuit. Failure to do so may result in dismissal of this case for failure to prosecute.

Walter Herbert Rice
United States District Judge